IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEKSANDR GANCHENKO,

    Plaintiff,                                       No. CIV S-09-2261 JAM KJM PS

    vs.

COUNTRYWIDE FINANCIAL CORP., et al.,

    Defendants.                                  ORDER

_____/

        This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21). Calendared for hearing on September 30, 2009 is defendant's motion to dismiss. No opposition to the motion has been filed.

        Local Rule 78-230(c) provides that opposition to the granting of a motion must be filed fourteen days preceding the noticed hearing date. The Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 78-230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

1

1       Good cause appearing, IT IS HEREBY ORDERED that:

2       1. The hearing date of September 30, 2009 is vacated.  Hearing on defendant's motion is continued to November 4, 2009 at 10:00 a.m. in courtroom no. 26.

2. Plaintiff shall file opposition, if any, to the motion no later than October 21, 2009.  Failure to file opposition and appear at the hearing will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: September 24, 2009.

006
ganchenko.nop

_____
U.S. MAGISTRATE JUDGE

2