IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEKSANDR GANCHENKO,

    Plaintiff,                                    No. CIV S-09-2261 JAM KJM PS

    vs.

COUNTRYWIDE FINANCIAL CORP., et al.,

    Defendants.                               <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On November 20, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed November 20, 2009, are adopted in full; and

2. This action is remanded to the Superior Court of California, County of Sacramento.

DATED: January 4, 2010

                                      /s/ John A. Mendez
                                      UNITED STATES DISTRICT JUDGE